*THIS IS A PUBLIC COMMUNICATION TO ALL:*

| STATE OF MICHIGAN ___ JUDICIAL DIST ✓ JUDICIAL CIRC ISABELLA COUNTY | PETITION FOR WRIT OF HABEAS CORPUS BY A PRISONER IN COUNTY CUSTODY | CASE NUMBER 21-400 FY |
|---|---|---|

Court Address: 300 NORTH MAIN STREET MT. PLEASANT, MICHIGAN, 48858

| THE PEOPLE OF ■ STATE OF MICHIGAN ☐ OTHER _____ | v | DEFENDANTS NAME & ADDRESS BENJAMIN ALLEN SWITEK 165 FAST ICE DRIVE MIDLAND, MICHIGAN, 48642 |
|---|---|---|

PETITION FOR WRIT OF H
BY A PRISONER IN COU]

Case: 4:21-cv-12449
Judge: Leitman, Matthew F.
MJ: Grand, David R.
Filed: 10-08-2021
HC SWITEK VS STATE OF MICHIGAN (DP)

I, *Benjamin Allen Switek sui juris*, currently incarcerated within the *Midland County Municipal Corpora* County Jail respectfully petitions this Honorable Court for resolution of the following *holds*, warrant(s)-which have been lodged as a detainer: *I'm being accused of unlawful use of a motor vehicle, case#: 21-400FY. Isabella County violated my life and my liberty and freedom by not going on the record stating subject matter jurisdiction, civil action for deprivation of rights; color of law; No relief from prejudice caused by the pandemic of covid 19, Delta Varian; and violation of due process, which in terms is a violation of due process under the 5TH Amendment. Also Violation of Notification of reservation of Rights under U.C.C. 1-308/1-207.*

Your Petitioner herewith attempts to exercise his/her constitutional right to be brought before the court to answer the above charged allegations.

Should the undersigned prisoner not be summoned before this court within ten (10) business days, he/she shall assume that the detaining authority no longer desires to prosecute the complaint.

7/11/21
Date

Benjamin A. Switek sui juris
Prisoners Signature (without prejudice UCC 1-308/1-207)

Clerk of The Court,                                July 29, 2021

RE: Court Order for Account History Certified Signed.

I was told that I need a Court Order in order for them to give me an Account print out, so I am still lacking the Application and Account History. I did in fact give my Application to Midland County Jail Administration, so I am motioning this Honorable Court to send me an order to present to the Administration here in the Jail?

Respectfully Requested,

~~Benjamin A. Switch~~, Sui Juris
Without Prejudice U.C.C. 1-308

Benjamin G. Sutton
without prejudice VCCI-308
105 FAST ICE DRIVE
MIDLAND, MICHIGAN, 48642

METROPLEX MI 480
8 OCT 2021 PM 5 L

RECEIVED
OCT 12 2021
THOMAS L. LUDINGTON
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK — ROOM 304
WASHINGTON AVENUE
P.O. BOX 913
BAY CITY, MICHIGAN, 48707

48707-091313

· 3 OF 3 ·
(LEGAL MAIL)



SENT OUT = 10/5/2021 = B.S.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019