UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN ALLEN SWITEK,

    Petitioner,       Case No. 21-cv-12449
                  Hon. Matthew F. Leitman

v.

MIDLAND COUNTY SHERIFF,

    Respondent.
_____/

# JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **DENIED**.

                KINIKIA ESSIX
                CLERK OF COURT

           By: s/Holly A. Ryan
              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 14, 2022
Detroit, Michigan